Local Bankruptcy Form 4008.1

[Caption as in Bankruptcy Official Form No. 16B]

## COVER SHEET FOR REAFFIRMATION AGREEMENT

This form must be completed in its entirety and filed within the time set under FED.R.BANKR.P. 4008. It may be filed by any party to the reaffirmation agreement. The filer also must attach a copy of the reaffirmation agreement to this cover sheet.

Debtor's Name: Angela V. Potter       Creditor's Name: CAPITAL ONE, N.A. - FURNITURE ROW

1. Amount of debt as of commencement of case:   $ 2,832.55

2. Amount of debt being reaffirmed:   $ 2832.55

3. Describe collateral, if any, securing debt: FURNITURE

4. Repayment term of reaffirmation (number of months): 48

5. Monthly payment:
   Prior to reaffirmation: $_____   After reaffirmation: $ ~~2832.55~~ 60.00

6. Annual percentage rate under reaffirmation:
   Prior to reaffirmation: _____   After reaffirmation: _____

7. Debtor's monthly income at time of reaffirmation:   $ 5,666.27

8. Income from Schedule I, line 16:   $ 4,188.08

9. Explain any difference in the amounts set out on lines 7 and 8: Line 7 is The gross and line 8 is The net

10. Debtor's monthly expenses at time of reaffirmation:  $ ~~4,082.46~~ 4,082.46
(do not include the monthly expense of this reaffirmed debt)

11. Current expenditures from Schedule J, line 18:   $ 4082.46

12. Explain any difference in the amounts set out on lines 10 and 11: _____

[ ]   Check this box if the amount on Line 10 of this form exceeds the amount on Line 7 of this Form. If these expenses exceed the income, a presumption of undue hardship arises.

[ ]   Check this box if the debtor was not represented by counsel during the course of negotiating this reaffirmation agreement.

## FILER'S CERTIFICATION

I, **Mark J. Berumen**, hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Cover Sheet for Reaffirmation Agreement.

Dated: 7/2/12

By: *M.B.*
Counsel to Angela V. Potter
Attorney registration number 29628
Business address ~~1361~~ 1450 S. Havana St #412 Aurora CO 80012
Telephone number 303.751.2128
Facsimile number 303.345.5355
E-mail address mark_berumen@berumenlaw.com

## DEBTOR'S CERTIFICATION
(see FED. R. BANKR. P. 4008(b))

I, Angela V. Potter, certify that any explanation contained on lines 9 or 12 of this form is true and correct.

Dated: 7/2/12

By: *Angela V Potter*
Signature of debtor
Printed name of debtor
Home address
Telephone number
Facsimile number
E-mail address

I, _____, certify that any explanation contained on lines 9 or 12 of this form is true and correct.

Dated: _____

By: _____
Signature of joint-debtor, if any
Printed name of joint-debtor
Home address
Telephone number
Facsimile number
E-mail address

## ATTORNEY SIGNATURE

Dated: _____

By: _____
Counsel to _____
Attorney registration number
Business address
Telephone number
Facsimile number
E-mail address

B240A (Form B240A) (04/10)

> Check one.
> ☐ Presumption of Undue Hardship
> ☒ No Presumption of Undue Hardship
> *See Debtor's Statement in Support of Reaffirmation, Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT
### District of Colorado

In re _____Angela V. Potter_____,
           *Debtor*

Case No. 12-17169

Chapter 7

## REAFFIRMATION DOCUMENTS

**Name of Creditor:** CAPITAL ONE, N.A. - FURNITURE ROW

☐ Check this box if Creditor is a Credit Union

### PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A. Brief description of the original agreement being reaffirmed: _____ __Secured revolving account__
                                                                                                                *For example, auto loan*

B. ***AMOUNT REAFFIRMED***:    $_____2832.55_____

    The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before _____, which is the date of the Disclosure Statement portion of this form (Part V).

    *See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The ***ANNUAL PERCENTAGE RATE*** applicable to the Amount Reaffirmed is _____0_____%.

    *See definition of "Annual Percentage Rate" in Part V, Section C below.*

    This is a *(check one)*  ☒ Fixed rate         ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

B240A, Reaffirmation Documents                                                    Page 2

D. **Reaffirmation Agreement Repayment Terms** *(check and complete one)*:

☑    $ __60.00__ per month for __48__ months starting on __9/20/12__.

☐    Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount.

E. Describe the collateral, if any, securing the debt:

    Description:                    __FURNITURE__
    Current Market Value      $ __2832.55__

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

☑ Yes. What was the purchase price for the collateral?     $ __2832.55__

☐ No. What was the amount of the original loan?     $ _____

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ 2,832.55 | $ 2832.55 |
| Annual Percentage Rate | _____ % | 0 % |
| Monthly Payment | $ _____ | $ 60.00 |

H. ☐ Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit:

_____

## PART II.    DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

     Check one.    ☑ Yes     ☐ No

B. Is the creditor a credit union?

     Check one.    ☐ Yes     ☑ No

B240A, Reaffirmation Documents                                                                                    Page 3

~~C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.~~

1. Your present monthly income and expenses are:

   a. Monthly income from all sources after payroll deductions
   (take-home pay plus any other income)                                    $ 4,188.08

   b. Monthly expenses (including all reaffirmed debts except
   this one)                                                                $ 4,082.46

   c. Amount available to pay this reaffirmed debt (subtract b. from a.)    $ 105.62

   d. Amount of monthly payment required for this reaffirmed debt           $ 60.00

   *If the monthly payment on this reaffirmed debt (line d.) is greater than the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

2. You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

   Check one of the two statements below, if applicable:

   [✓] You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

   [ ] You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:

   _____
   _____
   _____

   Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

   [✓] You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

B240A, Reaffirmation Documents                                                          Page 4

## PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1) I agree to reaffirm the debt described above.

(2) Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

(3) The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4) I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5) I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date 7/2/2012    Signature *Angela V Potter*
                                    Debtor

Date _____  Signature _____
                                    Joint Debtor, if any


**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor   CAPITAL ONE, N.A. - FURNITURE ROW    C/O Bass & Associates, P.C., 3936 E. Ft. Lowell Ste 200, Tucson, AZ, 85712
                 *Print Name*                                    *Address*

*Jennifer Pursley*                          _____    7/8/12
*Print Name of Representative*                   *Signature*         *Date*


## PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date 7/2/12   Signature of Debtor's Attorney _____
              Print Name of Debtor's Attorney  Mark Berumen

B240A, Reaffirmation Documents     Page 5

## PART V. DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I above) and these additional important disclosures and instructions.

Reaffirming a debt is a serious financial decision. The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, which are detailed in the Instructions provided in Part V, Section B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

### A. DISCLOSURE STATEMENT

1. **What are your obligations if you reaffirm a debt?** A reaffirmed debt remains your personal legal obligation to pay. Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages. Your obligations will be determined by the Reaffirmation Agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2. **Are you required to enter into a reaffirmation agreement by any law?** No, you are not required to reaffirm a debt by any law. Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3. **What if your creditor has a security interest or lien?** Your bankruptcy discharge does not eliminate any lien on your property. A "lien" is often referred to as a security interest, deed of trust, mortgage, or security deed. The property subject to a lien is often referred to as collateral. Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt. If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt. To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4. **How soon do you need to enter into and file a reaffirmation agreement?** If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge. After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, either you or the creditor should file it as soon as possible. The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required. However, the court may extend the time for filing, even after the 60-day period has ended.

5. **Can you cancel the agreement?** You may rescind (cancel) your Reaffirmation Agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later. To rescind (cancel) your Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinded (or canceled). Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

B240A, Reaffirmation Documents                                                                                    Page 6

6. **When will this Reaffirmation Agreement be effective?**

   a. If you *were* represented by an attorney during the negotiation of your Reaffirmation Agreement and

   i. **if the creditor is not a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and may set a hearing to determine whether you have rebutted the presumption of undue hardship.

   ii. **if the creditor is a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court.

   b. If you *were not* represented by an attorney during the negotiation of your Reaffirmation Agreement, the Reaffirmation Agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your Reaffirmation Agreement.

7. **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

B. **INSTRUCTIONS**

1. Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2. Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3. If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney (Part IV above).

4. You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 27).

5. *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmation Agreement is for a consumer debt secured by a lien on your real property, such as your home.* You can use Form B240B to do this.

B240A, Reaffirmation Documents                                      Page 7

## C. DEFINITIONS

1. **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement. The total amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part I, Section B above). Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure. You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2. **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law. The annual percentage rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges. You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3. **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

B240B (Form B240B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

In re Angela V. Potter,     Case No. 12-17169
      Debtor

Chapter 7

## MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT

I (we), the debtor(s), affirm the following to be true and correct:

I am not represented by an attorney in connection with this reaffirmation agreement.

I believe this reaffirmation agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of Reaffirmation Agreement, and because *(provide any additional relevant reasons the court should consider)*:

Therefore, I ask the court for an order approving this reaffirmation agreement under the following provisions *(check all applicable boxes)*:

☐ 11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

☐ 11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income, as explained in Part II of Form B240A, Reaffirmation Documents)

Signed: *Angela V Potter*
(Debtor)

_____
(Joint Debtor, if any)

Date: 7/2/2012

B240C (Form B240C) (12/09)

# United States Bankruptcy Court
## District of Colorado

In re Angela V. Potter,
                Debtor

Case No. 12-17169
Chapter 7

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) _____ has (have) filed a motion for approval of the reaffirmation agreement dated _____ made between the debtor(s) and creditor _____. The court held the hearing required by 11 U.S.C. § 524(d) on notice to the debtor(s) and the creditor on _____ (date).

COURT ORDER:

☐ The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐ The court grants the debtor's motion under 11 U.S.C. § 524(k)(8) and approves the reaffirmation agreement described above.

☐ The court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court does not approve the reaffirmation agreement.

BY THE COURT

Date: _____

_____
*United States Bankruptcy Judge*

## The Furniture Row express money® card Program

Application type: A married person may apply for individual credit. You are applying for:
☐ JOINT CREDIT, with another person, complete entire application.
☐ INDIVIDUAL CREDIT, complete only applicant section.

### APPLICANT (Please Print)

First Name: Angela
Middle Initial: V
Last Name: Potter
Social Security Number: ###-##-2929
Date of Birth (MM/DD/YYYY): ##/##/1965

Address: ####  E Amherst Cir
Apt. #:
City: Aurora
State: CO
Zip Code: 80014
Home Phone: ###-###-5665

Work Phone: ###-###-1100
Housing Status: ☒ Buyer/Owner ☐ Rent/Lease ☐ Other/Misc.
Annual Income* (Gross): $125000
Check if you have a: ☒ Checking Account ☒ Savings Account
E-Mail Address (Optional): ____@comcast.net

Date of Residence (MM/YYYY): 07/2011
Employer Name: Intellisource
Date of Employment (MM/YYYY): Jan/2006

*Note: Alimony, child support or separate maintenance income need not be disclosed if you do not wish to have it considered as a basis for paying this obligation.

### JOINT APPLICANT (or spouse of applicant if married WI resident - complete name and address only)

[blank]

### PROTECT YOUR ACCOUNT WITH THE NEW MY ACCOUNT PROTECTOR℠ ELITE!

YES! Please protect this credit card with the My Account Protector Elite program.
My signature here means that I have read and understand the My Account Protector information, including the monthly charge to my account, when I have a balance. I understand that enrollment is optional and I can cancel at any time.

NO, I do not wish to enroll at this time.

X _____ SIGN HERE TO ENROLL    DATE ___/___/____
X [signature: A V Potter] SIGN HERE TO DECLINE    DATE ___/___/____

### APPLICANT(S) SIGNATURE REQUIRED BELOW

All of the information furnished on this application is to the best of your knowledge, complete and accurate. You agree that you are furnishing all such information on this application to both Furniture Row, and to HSBC Bank Nevada, N.A. ("we", "us") the issuer of the Furniture Row credit card. You agree that we may obtain a credit bureau report on you and we may check any of the information provided on this application from whatever source we choose. By completing and signing this application, you are applying for a credit limit in the highest amount we deem appropriate, regardless of any initial sale amount, and you are requesting a Furniture Row Program A Tier 1 Account Card issued to you by us which will allow you to make purchases under this Account. In the event you do not qualify for a Furniture Row Program A Tier 1 Account Card your request to be considered for a Furniture Row Program A Tier 2 Account Card. If approved for a Furniture Row Program A Tier 2 Account Card, you understand that the Special Payment Plans set forth in Paragraph 6 of the Cardholder Agreement and Disclosure Statement may have different terms than the Special Payment Plans available to Furniture Row Program A Tier 1 Account Cards or may not be offered or available for purchases made on the Furniture Row Program A Tier 2 Account Card. By a) signing, using or permitting others to use this Card; b) signing or permitting others to sign sales slips; c) making or permitting others to make purchases by telephone, Internet, or any other means, you agree to the terms and conditions of this Important Terms of Your Credit Card Account, Form 6022-FURNROW-EC-08 (7-11), (which includes an arbitration provision) stated on both sides of this combined application and Important Terms of Your Credit Card Account, which are incorporated herein by reference, and to the Cardholder Agreement and Disclosure Statement which shall be sent to you with your credit card. If based on your creditworthiness we determine that you do not qualify for a Tier 1 or Tier 2 Account under Program A, you agree we may consider you for an account with the terms and conditions of Program B. If approved for Program B, you agree to its terms and conditions. You have read and received a copy of your Important Terms before making any purchase under this Account. Terms are attached. If this is a joint credit application, you understand that each applicant has the right to use the Account and that you shall be liable for all purchases made under the Account by any joint applicant. You grant us a purchase money security interest in the goods purchased on your Account. You understand that we may provide information relating to our transactions experiences with you to others, including Furniture Row, whether or not you are approved for credit. You may prohibit the sharing of such information by calling us at 1-800-365-3804.

Applicant's Signature: [signature: A V Potter]
Date (MM/DD/YY): 10/30/11

Joint Applicant's Signature: _____
Date (MM/DD/YY): ___/___/___

### ACKNOWLEDGEMENT OF DISCLOSURE  This section must be completed when the applicant is approved.

YOU ACKNOWLEDGE YOU HAVE RECEIVED AND READ Program A   Program B   (circle one) STANDARD APR DISCLOSURE.

X [signature: Angela V Potter]
Applicant's Signature
Date

(For Furniture Row Use Only)   INITIAL SALE AMT _____   CREDIT LIMIT 3009   I.D. Verified by: Judith [surname]
I.D. #1 Photo ID (Applicant) Type: DL   I.D. # 0471   State CO   Date of Issue 05/05   Exp. Date 04/15
I.D. #2 Credit Card (Applicant) ☐ MC ☒ VISA ☐ AMEX ☐ DISCOVER ☐ OTHER   Exp. Date 10/14
I.D. #1 Photo ID (Joint Applicant) Type:____  I.D. #____  State____ Date of Issue ___/___  Exp. Date ___/___
I.D. #2 Credit Card (Joint Applicant) ☐ MC ☐ VISA ☐ AMEX ☐ DISCOVER ☐ OTHER   Exp. Date ___/___

ACCOUNT #: ####-####-####-2609   (Account #'s may be either 15 or 16 digits in length)

$3009.00

6022-FURNROW-EC-08 (7-11)